UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMUNDIE O. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>KWAN,<br><br>        Defendant. | Case No. 18-cv-03428-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**<br><br>Re: Dkt. No. 15 |

Plaintiff has filed a request for an extension of the deadline to file an amended complaint. Upon due consideration, the court GRANTS the request. Docket No. 15. The amended complaint filed on November 15, 2018, is deemed to have been timely filed.

**IT IS SO ORDERED**.

Dated: November 16, 2018

*Susan Illston*

───────────────────────────────
SUSAN ILLSTON
United States District Judge