UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMUNDIE O. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>KWAN,<br><br>    Defendant. | Case No. 18-cv-03428-SI<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 16 |

On September 13, 2018, the court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted. Docket No. 13. The court reviewed the complaint, discussed the several deficiencies in the complaint, and granted plaintiff leave to file an amended complaint. Docket No. 13. The court later granted plaintiff's request for an extension of the deadline for the amended complaint. Docket No. 17. Plaintiff filed an amended complaint. Docket No. 16.

Plaintiff's amended complaint fails to correct the deficiencies identified in the order of dismissal with leave to amend and fails to state a claim upon which relief may be granted. The amended complaint, like the original complaint, alleges that recreational therapist Kwan ousted plaintiff from a recreational group. But that alone does not suggest a constitutional violation. In the order of dismissal with leave to amend, the court explained that the original complaint did not state a claim for an equal protection violation "because no facts are alleged to suggest that Kwan acted with a discriminatory purpose and that Kwan's actions had a discriminatory effect." Docket No. 13 at 2-3. The amended complaint does not provide that information. The court also explained in the order of dismissal with leave to amend that a due process claim was not adequately pled because the original complaint did not "allege facts showing that Brown's removal from the group

deprived him of a liberty interest of real substance and fail[ed] to identify the procedural protections not provided before his removal from the group." *Id.* at 3. The amended complaint does not provide that information. The amended complaint fails to state a claim upon which relief may be granted. Further leave to amend will not be granted because the court already has explained what plaintiff needed to allege to state a claim and he was unable or unwilling to make sufficient allegations.

For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file

**IT IS SO ORDERED**.

Dated: March 26, 2019

_____
SUSAN ILLSTON
United States District Judge