UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMUNDIE O. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>KWAN,<br><br>    Defendant. | Case No. 18-cv-03428-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 26, 2019

_____
SUSAN ILLSTON
United States District Judge